**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | | |
|---|---|---|
| THOMAS EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:25-cv-02334-TLP-tmp |
| v. | ) | |
| | ) | JURY DEMAND |
| TRANSUNION, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

---

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Pro se Plaintiff Thomas Edwards sued Defendant TransUnion, LLC[] on March 24, 2025, alleging Fair Credit Reporting Act ("FCRA") violations. (ECF No. 2.) *See* 15 U.S.C. §§ 1681 *et seq*. Under Administrative Order No. 2013-05, this Court referred the case to Chief Magistrate Judge Tu M. Pham to manage all pretrial matters. Plaintiff then moved to proceed in forma pauperis. (ECF No. 3.) Judge Pham granted that Motion (ECF No. 7) and then screened the Complaint under 28 U.S.C. § 1915(e)(2). (ECF No. 8.) Judge Pham issued a Report and Recommendation ("R&R") in June 2025, recommending that the Court grant Plaintiff leave to amend. (*Id.*) The Court adopted the R&R in December 2025 and directed Plaintiff to amend his claim within thirty days. (ECF No. 10.) Plaintiff never amended his Complaint. So in April 2026, Judge Pham issued another R&R recommending that the Court dismiss the case. (ECF No. 10.) The Court **ADOPTS** the R&R for the reasons below.

A magistrate judge may submit to a district court judge proposed findings of fact and recommendations for deciding pretrial matters. 28 U.S.C. § 636(b)(1)(A)–(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file

specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1). If the parties do not object, the district court reviews the R&R for clear error. Fed. R. Civ. P. 72(b) advisory committee notes. And the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Judge Pham entered his R&R on April 15, 2026, warning Plaintiff that he had fourteen days to object. (ECF No. 7 at PageID 26.) Plaintiff did not object, and the time to do so has now passed. The Court therefore reviews the R&R for clear error.

The Court finds no clear error in Judge Pham's R&R. As Judge Pham and this Court explained before, the Complaint does not contain the facts needed to plausibly state a FCRA claim. (*See* ECF No. 9.) Plaintiff's silence has not changed this conclusion. The Court accordingly **ADOPTS** the R&R and **DISMISSES** this case under 28 U.S.C. § 1915(e)(B)(ii).

**SO ORDERED**, this 17th day of August, 2026.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE